1  John G. Hanlin (SBN: 104502)
2  HANLIN, WANG, KOSTMAYER & ASSOCIATES
   875 Mahler Road, Suite 168
3  San Francisco, CA 94010
   Tel: (650) 652-5668
4  Fax: (650) 652-6558

5
   Attorneys for Plaintiffs
6  JOSE RAMON R. VALENCIANO AND
   JOHANNA D. VALENCIANO
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JOSE RAMON R. VALENCIANO, an individual, and JOHANNA D. VALENCIANO, an individual, | CASE NO: 07-CV-00845-EMC |
| 13  | **STIPULATION TO CONTINUE DATE FOR ~~FILING~~ JOINT CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |
| 14                Plaintiffs, | |
| 15  vs. | |
| 16  THE CITY AND COUNTY OF SAN FRANCISCO and DOES 1 THROUGH 25 | |
| 17  | |
| 18                Defendants. | |
| 19  | |

20

21      It is hereby stipulated by and between the parties, through their respective counsel,
22  that the Joint Case Management Conference be continued in this action. An extension to
23  respond to the complaint has been granted to Defendants. The parties are also enganed in
24  settlement negotiations.
25
26  //
27  //
28

1  IT IS SO STIPULATED:

2  Dated: June 25, 2007                    Hanlin, Wang, Kostmayer & Associates

3

4

5                                          By: ___/s/_____
                                              John G. Hanlin,
6                                             Attorneys for Plaintiffs Jose Ramon
                                              Valenciano and Johnanna D. Valenciano
7

8

9

10 Dated: June 25, 2007                    DENNIS J. HERRERA
                                           City Attorney
11                                         JOANNE HOEPER
                                           Chief Trial Deputy
12                                         ANDREW M. GSCHWIND
                                           Deputy City Attorney
13

14

15                                         By: ___/s/_____
                                              Andrew M. Gschwind
16                                            Attorneys for Defendant City & County of
                                              San Francisco
17

18

19  The parties having so stipulated and good cause appearing, the date for filing the Joint

20 Case Management Conference is extended to ~~November 21, 2007.~~ August 16, 2007 at 2:30 p.m.

21  IT IS SO ORDERED:

22

23  6/27/07

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

STIPULATION TO CONTINUE DATE FOR FILING JOINT CASE MANAGEMENT CONFERENCE AND ORDER THEREON