1  DENNIS J. HERRERA, State Bar #139669
City Attorney
2  JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3  ANDREW GSCHWIND, State Bar #231700
Deputy City Attorney
4  Fox Plaza
1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
Telephone:     (415) 554-3973
6  Facsimile:     (415) 554-3837

7  Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11  JOSE RAMON R. VALENCIANO and          Case No.: 07-CV-00845-PJH
    JOHANNA D. VALENCIANO,
12                                        **STIPULATION AND [~~PROPOSED~~]
                                          ORDER EXTENDING TIME TO
13            Plaintiffs,                 RESPOND TO COMPLAINT AND
                                          CASE MANAGEMENT
14       vs.                              CONFERENCE**

15  CITY AND COUNTY OF SAN                Date File:      Feb. 9, 2007
    FRANCISCO and DOES 1 through 25,      Trial Date:     None Assigned
16
              Defendants.
17

18
         WHEREBY the parties hereto have been engaged in ongoing settlement talks in an effort to
19
resolve this action informally and will know whether or not they can so resolve their dispute shortly;
20
         WHEREBY the parties have previously requested one extension of time for the scheduling of
21
the Case Management Conference in this action and have stipulated to extending defendant's time to
22
respond to the Complaint;
23
         IT IS HEREBY STIPULATED AND AGREED by and between the parties that:
24
         (1) On or before August 21, 2007, either the parties will notify the Court that the case has
25
tentatively settled or defendant City will file and serve its response to the complaint (note, defendant
26
anticipates that it will file a motion to dismiss the complaint);
27

28
STIP. AND [PROPOSED] ORDER RE: CMC          1          n:\lit\li2007\071356\00431092.doc
Case No.: 07-CV-00845-PJH

1         (2) In the event that this action does not settle, the Case Management Conference, presently

2    scheduled for August 16, 2007, is hereby continued to ___August 23_____, 2007 at _2:30_ a.m. [p.m.]

3    [~~to be filled in by Court~~].    A joint case management conference statement shall be filed by August 16, 2007.

4

5

6    Dated:  August 10, 2007

7                                         DENNIS J. HERRERA
                                     City Attorney

8                                         JOANNE HOEPER
                                     Chief Trial Deputy

9                                         ANDREW M. GSCHWIND
                                     Deputy City Attorney

10

11                              By: _____/s/_____
                                 Andrew M. Gschwind

12

                                   Attorneys for Defendant

13                                      City & County of San Francisco

14   Dated:  August 13, 2007

15                                      HANLIN, WANG, KOSTMAYER & ASSOCIATES

16

17                              By: _____/s/_____
                                 John G. Hanlin

18

19                                      Attorneys for Plaintiffs
                                   Jose Ramon Valenciano and Johnanna D. Valenciano

20

21   PURSUANT TO STIPULATION, IT IS SO ORDERED:

22

23

24                       8/14/07    _____
                               The Hon. ....
                               United Sta....

25

26   IT IS SO ORDERED
                              Judge Phyllis J. Hamilton

27

28