UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE RAMON R. VALENCIANO, et al.,

    Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

_____/

No. C 07-0845 PJH

**JUDGMENT**

This matter having come on for hearing, and the court having dismissed the first cause of action, and having declined to exercise supplemental jurisdiction over the remaining state-law claims,

It is Ordered and Adjudged

that plaintiffs Jose Ramon R. Valenciano and Johanna D. Valenciano take nothing, and that the action be dismissed without prejudice.

Dated: October 17, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge